IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

DONALD R. HALL,

                Plaintiff,                Case No. 12-3506-CV-MDH

    v.

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

                Defendant.

## ORDER

Before the Court is Defendant's Report to the Court and Motion to Affirm and For Entry of Judgment. (Doc. No. 7). On April 10, 2013, the Court issued an order pursuant to sentence six of section 405(g) of the Social Security Act, 42 U.S.C. § 405(g), remanding the matter to the Commissioner due to a procedural defect. (Doc. No. 6). Upon remand, the ALJ's unfavorable decision was vacated and the case was remanded to the ALJ for a new decision. The ALJ entered a decision on December 11, 2013 in favor of Plaintiff, finding Plaintiff was disabled since January 4, 2012.

Defendant now moves the Court for final judgment affirming the decision of the Commissioner as there are no unresolved issues for the Court's consideration. Plaintiff has filed no objection to Defendant's Motion and the time to do so has expired. Accordingly, it is hereby **ORDERED** that the final decision of the Commission is affirmed. The Clerk of the Court shall enter final judgment.

**IT IS SO ORDERED.**

Date: August 26, 2015                                _/s/ Douglas Harpool_
                                                                     Douglas Harpool, Judge
                                                                     United States District Court